**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DELCOR ASSET CORPORATION AND PRESTIUM PHARMA, INC.,<br><br>Plaintiffs<br><br>v.<br><br>TARO PHARMACEUTICAL INDUSTRIES, LTD., TARO PHARMACEUTICALS USA, INC., AND STIEFEL WEST COAST, LLC,<br><br>Defendants. | C.A. No. 16-cv-117 (GMS) |

**<u>Stiefel West Coast, LLC's Answer to the Complaint</u>**

Stiefel West Coast, LLC ("Stiefel") answers the Compliant in this action as follows:

1. Stiefel admits that the Complaint is one for infringement of U.S. Patent 6,730,288 (the '288 Patent) and U.S. Patent 7,029,659 (the '659 Patent) (together, the "Patents-in-Suit"). Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

**<u>The Parties</u>**

2 On information and belief, admitted.

3. Denied as stated. Stiefel admits that Delcor is an exclusive licensee of the Patents-in-Suit for Olux-E.

4. On information and belief, admitted.

5. Stiefel admits that it is a Delaware limited liability company and that its registered agent is Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808. Stiefel denies the remaining allegations of this paragraph.

6. Admitted.

7. The allegations of law in this paragraph require no response. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

8. Stiefel admits that it is not a voluntary plaintiff. Stiefel denies the remainder of the allegations in this paragraph.

9. Stiefel admits that it is a Delaware limited liability company and that it maintains an agent for the service of process in Delaware. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph concerning what Plaintiffs will request. The remaining allegations in this paragraph are allegations of law that require no response.

10. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

11. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

12. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

## **Jurisdiction and Venue**

13. Stiefel admits that this action is one for infringement. The remaining allegations in this paragraph are allegations of law that require no response.

14. Admitted.

15. Admitted.

16. Stiefel denies the allegations of this paragraph to the extent they apply to Stiefel. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

17. Denied as stated. Stiefel admits that this Court has specific personal jurisdiction over it because it has waived service of process for the purpose of this Complaint, only. Stiefel denies the remaining allegations of this paragraph.

18. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

19. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

20. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

21. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

21. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

22. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

23. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

24. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

25. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

**The Patents-in-Suit**

26. Admitted.

27. Admitted.

28. Admitted.

29. Denied as stated. Stiefel admits that Delcor is an exclusive licensee of the ‘288 Patent for Olux-E.

30. Admitted.

31. Admitted.

32. Admitted.

33. Denied as stated. Stiefel admits that Delcor is an exclusive licensee of the ‘659 Patent for Olux-E.

34. On information and belief, admitted.

35. On information and belief, admitted.

36. Stiefel admits the Patents-in-Suit are listed in the Orange Book. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

**Taro’s Infringing ANDA Submission**

37. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

38. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

39. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

40. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

41. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

42. This paragraph contains only allegations of law and requires no response.

## Count I: Infringement of the ‘288 Patent

43. Stiefel incorporates paragraphs 1 through 42 above, as if set forth in full herein.

44. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

45. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

46. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

47. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

48. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

49. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

50. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

**Count II: Declaratory Judgment of Infringement of the '288 Patent**

51. Stiefel incorporates paragraphs 1 through 50 above, as if set forth in full herein.

52. This paragraph contains only allegations of law and requires no response.

53. This paragraph contains only allegations of law and requires no response.

54. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

55. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

56. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

**Count III: Infringement of the '659 Patent**

57. Stiefel incorporates paragraphs 1 through 42 above, as if set forth in full herein.

58. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

59. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

60. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

61. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

62. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

63. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

64. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

**Count IV: Declaratory Judgment of Infringement of the '659 Patent**

65. Stiefel incorporates paragraphs 1 through 42 and 57 through 64 above, as if set forth in full herein.

66. This paragraph contains only allegations of law and requires no response.

67. This paragraph contains only allegations of law and requires no response.

68. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

69. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

70. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

**Exceptional Case**

71. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

**Prayer for Relief**

To the extent any section of the prayer for relief constitutes and allegations against Stiefel, Stiefel answers as follows:

A. Admitted.

B. Stiefel denies the allegations of this paragraph to the extent they apply to Steifel. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

C. Stiefel denies the allegations of this paragraph as they apply to Steifel. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

D. Stiefel denies the allegations of this paragraph to the extent they apply to Steifel. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

E. Stiefel denies the allegations of this paragraph to the extent they apply to Steifel. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

F. Admitted.

G. Stiefel denies the allegations of this paragraph to the extent they apply to Steifel. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

H. Stiefel denies the allegations of this paragraph to the extent they apply to Steifel. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

I. Stiefel denies the allegations of this paragraph to the extent they apply to Steifel. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

J. Stiefel denies the allegations of this paragraph to the extent they apply to Steifel. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

K. Stiefel denies the allegations of this paragraph to the extent they apply to Steifel. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

L. Stiefel denies the allegations of this paragraph to the extent they apply to Steifel. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

M. Stiefel denies the allegations of this paragraph to the extent they apply to Steifel. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

N. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

Dated: June 20, 2016

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
Phone: 302-777-0300
Fax: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Kevin M. Flannery (admitted *pro hac vice*)
Robert W. Ashbrook, Jr. (admitted *pro hac vice*)

DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000
kevin.flannery@dechert.com
robert.ashbrook@dechert.com

*Attorneys for Defendant Stiefel West Coast, LLC*