**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DELCOR ASSET CORPORATION AND PRESTIUM PHARMA, INC.,<br><br>Plaintiffs<br><br>v.<br><br>TARO PHARMACEUTICAL INDUSTRIES, LTD., TARO PHARMACEUTICALS USA, INC., AND STIEFEL WEST COAST, LLC,<br><br>Defendants. | C.A. No. 16-cv-117 (GMS) |

**STIEFEL WEST COAST, LLC'S ANSWER TO THE CROSSCLAIMS**

Stiefel West Coast, LLC ("Stiefel") answers the Crossclaims filed by Defendants Taro Pharmaceutical Industries, Ltd. and Taro Pharmaceuticals USA, Inc. ("Taro") as follows:

**Nature of the Action**

1. Stiefel admits that the Crossclaims purport to be actions under the Declaratory Judgment Act and that they seek declarations that Taro may seek approval of ANDA 208563 and that it may sell a clobetasol propionate foam if approved by the FDA. Stiefel denies that there is an actual controversy between Taro and Stiefel. Stiefel denies the remaining allegations in this paragraph.

**Parties**

2 On information and belief, admitted.

3 On information and belief, admitted.

4. Admitted.

5. Admitted

6. Stiefel admits that it is a Delaware limited liability company and that its registered agent is Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808. Stiefel denies the remaining allegations of this paragraph.

## Jurisdiction and Venue

7. Denied as to the crossclaims. Stiefel is not required to respond as to the counterclaims.

8. Stiefel is not required to respond to the counterclaims.

9. Denied as stated. Stiefel admits that this Court has specific personal jurisdiction over it because it has waived service of process for the purpose of this Complaint, only. Stiefel denies the remaining allegations of this paragraph.

10. Denied as to the crossclaims. Stiefel is not required to respond as to the counterclaims.

## "Factual" Background

11. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

12. Admitted.

13. Stiefel admits the Asserted Patents are listed in the Orange Book. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

14. Stiefel admits that it is the owner of the Asserted Patents and the Unasserted OB Patents. Steifel denies that is has made any other assertions regarding those patents.

15. Stiefel is not required to respond to the counterclaims.

16. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

17. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

18. Denied as stated. Stiefel admits that it received a notice letter dated January 15, 2016. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

19. Admitted as to Stiefel. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

20. To the extent there is any factual allegation in this paragraph, Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

21. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

## First Crossclaim

22. Stiefel incorporates by reference and realleges each of the answers set forth in paragraphs 1-21 of this Answer.

23. Denied as to the crossclaim. Stiefel is not required to respond as to the counterclaims.

24. Denied as to the crossclaim. Stiefel is not required to respond as to the counterclaims.

25. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

26. Denied.

## Second Crossclaim

27. Stiefel incorporates by reference and realleges each of the answers set forth in paragraphs 1-26 of this Answer.

28. Denied as to the crossclaim. Stiefel is not required to respond as to the counterclaims.

29. Denied as to the crossclaim. Stiefel is not required to respond as to the counterclaims.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

## Third Crossclaim

35. Stiefel incorporates by reference and realleges each of the answers set forth in paragraphs 1-34 of this Answer.

36. Denied as to the crossclaim. Stiefel is not required to respond as to the counterclaims.

37. Denied as to the crossclaim. Stiefel is not required to respond as to the counterclaims.

38. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

39. Denied.

**Fourth Crosssclaim**

40. Stiefel incorporates by reference and realleges each of the answers set forth in paragraphs 1-39 of this Answer.

41. Denied as to the crossclaim. Stiefel is not required to respond as to the counterclaims.

42. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

43. Denied.

**Fifth Crossclaim**

44. Stiefel incorporates by reference and realleges each of the answers set forth in paragraphs 1-43 of this Answer.

45. Denied as to the crossclaim. Stiefel is not required to respond as to the counterclaims.

46. Stiefel lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

**Prayer for Relief**

Stiefel denies that any of the requested relief is appropriate in the crossslaims. Stiefel is not required to respond as to the counterclaims.

Dated: July 13, 2016

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
Phone: 302-777-0300
Fax: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Kevin M. Flannery (admitted *pro hac vice*)
Robert W. Ashbrook, Jr. (admitted *pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000
kevin.flannery@dechert.com
robert.ashbrook@dechert.com

*Attorneys for Defendant Stiefel West Coast, LLC*