# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELCOR ASSET CORPORATION, and PRESTIUM PHARMA, INC. | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) ) |
| TARO PHARMACEUTICAL INDUSTRIES, LTD., TARO PHARMACEUTICALS U.S.A., INC., | ) ) ) ) C.A. No. 16-117-GMS |
| *Defendants* | ) ) ) |
| and STIEFEL WEST COAST, LLC | ) ) |
| *Defendant.* | ) ) ) |
| TARO PHARMACEUTICAL INDUSTRIES, LTD., TARO PHARMACEUTICALS U.S.A., INC., | ) ) ) ) |
| *Counterclaim Plaintiffs,* | ) ) ) |
| v. | ) ) ) |
| DELCOR ASSET CORPORATION, and PRESTIUM PHARMA, INC. | ) ) ) |
| *Counterclaim Defendants*, | ) ) ) |
| and STIEFEL WEST COAST, LLC | ) ) |
| *Crossclaim Defendant.* | ) ) |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) and (c), Fed. R. Civ. P., Delcor Asset Corp. ("Delcor") and

Prestium Pharma, Inc. ("Prestium") (collectively, "Plaintiffs"), and Stiefel West Coast, LLC,

Taro Pharmaceutical Industries, Ltd., and Taro Pharmaceuticals U.S.A., Inc. (collectively, "Taro" or "Defendants"), having settled their respective claims and disputes ("Settlement Agreement"), through their respective counsel, stipulate and agree, subject to the Court's approval, that all claims and counterclaims in this action are dismissed without prejudice.

ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and Defendants, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. All claims, defenses, and counterclaims between Plaintiffs and Defendants are hereby dismissed without prejudice.

2. Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the claims and counterclaims dismissed by this Order.

Dated: November 17, 2016

| | |
|---|---|
| /s/ Pilar G. Kraman | /s/ Nicole K. Pedi |
| Adam W. Poff (No. 3990) | Chad M. Shandler (#3796) |
| Pilar G. Kraman (No. 5199) | shandler@rlf.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | Nicole K. Pedi (#6236) |
| | pedi@rlf.com |
| Rodney Square | RICHARDS, LAYTON & FINGER, P.A. |
| 1000 North King Street | One Rodney Square |
| Wilmington, DE 19801 | P.O. Box 551 |
| (302) 571-6600 | Wilmington, DE 19899 |
| apoff@ycst.com | (302) 651-7700 |
| pkraman@ycst.com | |

OF COUNSEL: (left)
Jeffrey R. Gargano
Kevin P. Shortsle
Zachary D. Miller
McDermott Will & Emery LLP
227 W Monroe Street, Suite 4400
Chicago, IL 60606
(312) 372-2000

*Attorneys for Plaintiffs Delcor Asset Corporation and Prestium Pharma, Inc.*

OF COUNSEL: (right)
James K. Stronski
Anne Elise Herold Li
Chiemi D. Suzuki
Jacob Z. Zambrzycki
Preetha Chakrabarti
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2524
(212) 223-4000

Craig P. Lytle
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595
(202) 624-2500

*Attorneys for Defendants/Counterclaimants/Crossclaimants Taro Pharmaceutical Industries, Ltd. and Taro Pharmaceuticals U.S.A., Inc.*

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
Phone: 302-777-0300
Fax: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

OF COUNSEL:
Kevin M. Flannery (admitted *pro hac vice*)
Robert W. Ashbrook, Jr. (admitted *pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000
kevin.flannery@dechert.com
robert.ashbrook@dechert.com

*Attorneys for Defendant Stiefel West Coast, LLC*

SO ORDERED this _____ day of _____ 2016.

_____
Judge Gregory M. Sleet
United States District Court Judge